

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 14 2023

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

EMMERICH NEWSPAPERS, INCORPORATED                    PLAINTIFF

V.                                    CAUSE NO. 3:23-CV-118-HTW-LGI

SMARTNEWS INTERNATIONAL, INC. d/b/a                  DEFENDANT
SMARTNEWS, INC. and/or  SMARTNEWS

## COMPLAINT

### JURY TRIAL DEMANDED

COMES NOW Plaintiff EMMERICH NEWSPAPERS, INCORPORATED ("Emmerich Newspapers" or "Emmerich") by and through its attorney Wilson Carroll, PLLC, who files its Complaint against Defendant SMARTNEWS INTERNATIONAL, INC. d/b/a SMARTNEWS, INC. and/or "SMARTNEWS" ("SmartNews")  seeking damages for copyright infringement and violation of the Digital Millennium Copyright Act.  In support Emmerich would show the following:

### NATURE OF THE ACTION

1.      This action seeks to recover damages that Emmerich Newspapers suffered arising from (1) SmartNews' willful infringement of Emmerich's copyrights and (2) SmartNews' intentional alteration of Emmerich's copyright management information in order to facilitate and conceal the aforesaid copyright infringement.

2.      SmartNews uses a web crawler to systematically steal articles from Emmerich's websites, strip out the ads and republish them on SmartNews' own "SmartNews" web application ("app") surrounded by its ads.  The stolen articles first appear in "snippet" form on the SmartNews news feed, surrounded by SmartNews ads. *See* Exhibit "A" which is incorporated herein. A reader clicking through is then given two options - "Smart View" and "Web View."  Under "Smart View" Emmerich's entire article

is republished verbatim, with virtually all of his ads stripped out but with SmartNews ads and promotional material included. Side-by-side comparisons of representative Emmerich's articles in "Web View" and the stripped down "Smart View" version (i.e., without ads) are attached as cumulative Exhibit "B," which is incorporated herein. Under "Web View" it appears that the reader has been led to Emmerich's website but, in reality, SmartNews has altered Emmerich's filename and framed the article on its own website and included its own ads along with Emmerich's. *See* Exhibit "C" which is incorporated herein. Under either scenario, the reader views Emmerich's articles in their entirety on SmartNews' website. Readers are never actually directed to Emmerich's websites.

3.      Emmerich Newspapers sent cease and desist notices to SmartNews on three separate occasions: once by letter and twice by email, following detailed instructions on the SmartNews website for reporting copyright violations. On February 15 and February 17, 2022, Emmerich sent emails demanding that SmartNews cease and desist from scraping content from Emmerich websites. On February 17, 2022 Emmerich mailed a letter with the same demand to the SmartNews Copyright Agent in Tokyo, Japan. This correspondence followed the DMCA notification protocol listed on the SmartNews website and listed all of the relevant Emmerich websites. Emmerich even provided screenshots of the full-text theft of its copyrighted content. *See* Exhibit "D" which is incorporated herein. SmartNews never responded and continues to steal Emmerich's content despite Emmerich's written demands.

4.      Every online Emmerich article includes a copyright notice stating, *"Copyright 2022 Emmerich Newspapers, Inc. All rights reserved. This material may not be published, broadcast, rewritten or redistributed without permission."* Not only does SmartNews ignore this clear warning not to infringe -- it actually includes this copyright notice when republishing Emmerich's articles in both the Web View and Smart View formats. *See* Exhibit "E" which is incorporated herein.

5.      Every stolen Emmerich article has a unique filename (URL) with copyright management information including, among other things, the identity of the Emmerich newspaper where it was

2

published and the title of the article which was used in the copyright registration. The entire purpose of the filename is to direct users "clicking through" to Emmerich's website, where Emmerich gets the benefit of user engagement and traffic.

6.     SmartNews systematically alters this copyright management information to delete Emmerich's unique filenames and replace them with SmartNews's own filenames. SmartNews then republishes Emmerich's stolen articles on its own website or in its app under the altered filenames.

7.     Emmerich has filed for and obtained copyright registrations for approximately 2,400 articles and thirty (30) photographs which were wrongfully stolen and republished by SmartNews in this manner. All registrations were obtained within three months following the original publication and wrongful republication by SmartNews, entitling Emmerich to seek statutory damages for copyright infringement.[1] A complete list of such copyright registrations is attached hereto and incorporated as Exhibit "F" which is incorporated herein.

8.     Upon information and belief, SmartNews has wrongfully taken, altered the filenames and republished thousands of additional Emmerich articles and photographs which are currently unknown to Emmerich. A complete list of such articles will be obtained through discovery.

9.     After Emmerich's readers are diverted to SmartNews' website SmartNews places "cookies" on those readers' computer hard drives, enabling SmartNews to track their internet usage, preferences and activities without their knowledge or consent and thereafter bombard them with ads and other content which they neither sought nor requested.

10.     By diverting Emmerich's readers to its website, SmartNews hijacks Emmerich's user engagement, thereby reducing the value of Emmerich's ad space. Every page view on SmartNews' website increases the value of SmartNews' ad space at the direct expense of Emmerich.

---

[1] Prior registration is not required for statutory damages under the Digital Millennium Copyright Act. *See Shihab v. Complex Media, Inc.*, 21-cv-6425 (S.D.N.Y. 2022).

11.     This parasitic business model makes no pretense of transforming the stolen news stories in any manner which might constitute fair use. SmartNews simply copies and republishes entire stories verbatim, or enough portions of stories that the effect is the same - readers who would otherwise go to Emmerich's websites failed to do so. SmartNews' practice of full-text republication of Emmerich's articles is not protected by fair use and the partial republication in the form of "snippets" is a question for a jury to decide.[2]

12.     SmartNews' actions described above and in greater detail below violate a host of federal copyright protection measures.

## PARTIES

13.     Plaintiff Emmerich Newspapers, Incorporated is a Mississippi corporation headquartered at 246 Briarwood Dr. Suite 101, Jackson, MS 39236.

14.     Defendant SmartNews is a Delaware corporation with United States headquarters at 144 2nd Street, San Francisco, California 94105. It may be served with process on its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

## JURISDICTION AND VENUE

15.     This Court has jurisdiction over the subject matter of this action pursuant to (a) 28 U.S.C. §1331; (b) 28 U.S.C. §1332, in that this is an action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs; (c) 28 U.S.C. §1338; and (d) 28 U.S.C. §1367.

16.     Venue is proper in this District pursuant to 28 U.S.C. §§1391 and 1400(a).

17.     This Court has personal jurisdiction over the Defendant pursuant to Fed. R. Civ. Proc. 4(k)(1)(A)  because Defendant does business in this district and state and Defendant supplies and

---

[2] *Emmerich Newspapers, Inc. v. Particle Media, Inc.*, 3:21-cv-32 (S.D. Miss, 2022).

transmits, or offers to supply and transmit, the SmartNews app to clients and potential clients in this district and state.

## FACTUAL BACKGROUND

### A.    EMMERICH NEWSPAPERS, INCORPORATED

18.    Emmerich Newspapers, Incorporated is one of the largest privately owned newspaper chains in Mississippi, with additional newspapers in Louisiana and Arkansas. It owns the following companies: J.O. Emmerich & Associates, Inc. which publishes the Enterprise-Journal in McComb, Mississippi; Delta Democrat Publishing, Inc. which publishes the Delta Democrat Times in Greenville, Mississippi; Commonwealth Publishing, Inc. which publishes the Greenwood Commonwealth in Greenwood, Mississippi; Delta Press Publishing, Inc. which publishes the Clarksdale Press Register in Clarksdale, Mississippi; Marion Publishing, Inc. which publishes the Columbian-Progress in Columbia, Mississippi; Yazoo Newspaper, Inc. which publishes the Yazoo Herald in Yazoo City, Mississippi; Sunland Publishing, Inc. which publishes the Northside Sun in Jackson, Mississippi; Simpson Publishing, Inc. which publishes the Magee Courier in Magee, Mississippi and the Simpson County News; Montgomery Publishing, Inc. which publishes the Winona Times in Winona, Mississippi and the Carrollton Conservative in Carrollton, Mississippi;  Franklinton Publishing, Inc. which publishes the Era-Leader in Franklinton, Louisiana; Charleston Publishing, Inc. which publishes the Charleston Sun-Sentinel in Charleson, Mississippi; the Clarion Publishing Company, Inc. which publishes the Dumas Clarion in Dumas, Arkansas;   Scott Publishing which publishes the Scott County Times in Forest, Mississippi; Clarke Publishing, which publishes the Clarke County Tribune in Quitman, Mississippi; Hattiesburg Publishing, Inc. which publishes the Pine Belt News in Hattiesburg, Mississippi; Tallulah Publishing, which publishes the Madison Journal in Tallulah, Louisiana; Louisville Publishing, Inc. which publishers the Winston County Journal in Louisville, Mississippi, the Webster Progress-Times and the Choctaw Plain Dealer; and the Enterprise-Tocsin, Inc. in Indianola, Mississippi, Grenada Star, Inc which

publishes the Grenada Star; and Tate Record, Inc. which publishes the Tate Record in Senatobia, Mississippi. In addition to daily, twice-weekly and weekly newspapers, these subsidiaries also publish magazines, websites and phone books in many of their markets. The following websites owned by Emmerich Newspapers are associated with the foregoing list of newspapers:

enterprise-journal.com
ddtonline.com
gwcommonwealth.com
pressregister.com
newtoncountyappeal.com
northsidesun.com
columbianprogress.com
yazooherald.net
simpsoncounty.ms
sctonline.net
hubcityspokes.com
redhillsmsnews.com
starherald.net
winonatimes.com
era-leader.com
enterprise-tocsin.com
tallahatchienews.ms
clarkecountytrib.com
dumasclarion.com
madisonjournal.com
signaturemagazine.ms
grenadastar.com
taterecord.com

19.    In most of its markets Emmerich Newspapers is the only source of local news. It is the only news outlet covering events at city hall and the county courthouse, and the only source of breaking news of any sort. It is the only news outlet which publishes information about arrest records and foreclosures. It is the only news outlet covering local sports and graduation ceremonies. It is the only source of local editorial content and the only news outlet covering local births, weddings and deaths.

20.    And they do it extremely well. Emmerich Newspapers every year wins more editorial and advertising awards than any other newspaper company in the state. Typically, Emmerich Newspapers

publications win the general excellence award in every category in which they compete. In a typical year, Emmerich Newspapers publications will win over 100 editorial and advertising awards.

21.     Like newspapers all over the country, Emmerich Newspapers has adapted to the advent of the internet. It was one of the first publishers in Mississippi to develop online websites for its newspaper content and continues to lead the way in technical innovation. Every single newspaper published by Emmerich Newspapers has a corresponding website which enables it to update stories in real time and receive feedback from local readers in the comments section.

**B.     SMARTNEWS INTERNATIONAL, INC. D/B/A "SMARTNEWS"**

22.     SmartNews operates a web application ( the SmartNews "app") which constantly combs the internet to gather up news articles written by third parties and re-publish them on its own website. It claims to have over 50 million users worldwide, two million "five-star ratings," and 14,000 "trusted publishers."[3]

23.     A reader using the SmartNews app first sees a news feed with a scrolling list of headlines and photos taken from third party online publishers like Emmerich. The reader is prompted to identify localities where they would like to see stories, and SmartNews then customizes their news feed to prioritize stories from those localities.

24.     On its website SmartNews proclaims, "News should be sustainable. We support quality journalism and respect all content creators by sharing traffic and revenue."[4]

25.     This is completely false. SmartNews shares neither traffic nor revenue with original content creators like Emmerich Newspapers.

26.     SmartNews emphasizes the use of its "instantly loading, mobile-friendly" SmartView format" which strips out all ads from the original source. It proudly names it's annual employee gatherings "Hackathons":"[5]

---

[3] https://www.SmartNews.com/en?random_uuid=7b5737d9-c9de-4725-8596-75372db66cd1
[4] https://about.SmartNews.com/en/
[5] https://careers.smartnews.com/events/jp-office/789/;
https://www.linkedin.com/pulse/going-beyond-look-inside-smartnews-second-annual-hackathon-/

# Going Beyond: A Look Inside SmartNews' Second Annual Hackathon

November 14, 2022

Four hundred sixty-eight employees from across SmartNews' global offices came together for three days in October to participate in the company's second hackathon, the theme of which was going "beyond" to reach an epiphany.

All employees were welcome to participate regardless of their role in the company. The result of the event was a total of sixty-six working demos, including ideas for new SmartNews app features and improving internal systems and workflows. But what was it like to participate in this event?

"It was exhilarating," said Ajay Solanky, a Product Manager for US News based in New York. This was the first hackathon held by SmartNews since he joined the company in October 2021. He and several members of the squad he works with had been ideating around different ways to structure news data, so they decided to put one to the test at the hackathon.

His team was globally distributed, with his teammates located in Beijing and Tokyo. Despite the challenges of managing multiple time zones across three days, they created a successful final product that took home the Top Award prize of $10,000.

27.    SmartNews makes no effort to conceal the fact that their app leads the reader automatically to the stolen version of each story with all of the ads stripped out (i.e., the "Smart View") calling it a "richer, more user-friendly experience." They tout that fact that users don't have to wait for ads to load and can go straight to the news story:

> SmartNews has a unique publisher-friendly model: We help publishers reach, retain and monetize new mobile audiences through our SmartView First program.

*Id.*

28.    SmartNews has experienced phenomenal growth based on this strategy:

SAN FRANCISCO (September 15) — SmartNews Inc., the global leader in redefining information and news discovery, announced today it has raised $230 million in its Series F round of funding. This brings the company's total capital raised to date to more than

$400 million and secures its status as a "double unicorn" with a valuation of $2 billion, the highest for a standalone news app. The oversubscribed round includes existing investors as well as significant new ones who are aligned with SmartNews's vision and growth strategy.[6]

SmartView is our instantly loading, mobile-friendly format, which is available to users even when they are offline. You can see many examples in the app right now.

Articles in the SmartView format are native to the SmartNews app experience and typically drive higher engagement. <u>Your brand gets a richer, more user-friendly appearance and users spend less time waiting for content to load and more time with the content itself</u>, reading deeper into stories and consuming more of them. Our algorithm rewards high-quality engagement like this, surfacing your stories more often and for more users (emphasis added).[7]

## C.    SMARTNEWS' INFRINGEMENT OF EMMERICH NEWSPAPERS' COPYRIGHTS

29.    All news stories published by Emmerich Newspapers are original works of authorship subject to copyright protection.  Emmerich owns the copyright to all stories published on its websites. As the copyright owner, Emmerich Newspapers has the exclusive right to, *inter alia*, reproduce, distribute, display and/or prepare derivative works based on those stories.

30.    After downloading the SmartNews app new users are given the option of identifying "local" news of interest.  This enables the app to precisely tailor the local news stories which "pop up." The user also has the option of expanding the universe of stories by adding additional localities of interest.  All of the stories which then appear have been culled from websites for news publishers within the geographic areas defined by the user.

31.    When the reader clicks on the SmartNews app he is directed to the news feed which contains scores, if not hundreds, of locally produced news stories taken from other websites by SmartNews.  As the user scrolls down he is presented (along with portions of the local news stories) with a steady stream of paid ads or sponsored content.  This is how SmartNews makes its money. These ads

---

[6]

https://about.SmartNews.com/en/2021/09/15/SmartNews-raises-230-million-in-series-f-funding-at-a-2-billion-valuation-plans-to-invest-in-u-s-growth/

[7] https://about.SmartNews.com/en/publishers/

and paid content are tailored to the reader's profile which has been developed by either Google or another source, providing targeted marketing which is unavailable to local publishers who choose not to use Google's ad services -- a significant unfair advantage for SmartNews.

32.    Of critical importance, the link appearing on SmartNews never actually leads to Emmerich's website where the story in question originated.  Instead, when a reader clicks through he is led to a facsimile of the story which has been retrofitted by SmartNews and hosted on SmartNews's website.

33.    Even on those occasions where a reader thinks he is on Emmerich's website, SmartNews has actually fetched and copied an exact replica of the article on its own website. The reader is never allowed to go to the Emmerich website where the story originated.  Even if the reader tries to download or share the article, he is only allowed to download or send SmartNews' copy of the article rather than the real thing.

**D.    SMARTNEWS' ALTERATION OF EMMERICH'S COPYRIGHT MANAGEMENT INFORMATION**

34.    SmartNews alters Emmerich's filename and copyright management information ("CMI") on every stolen article every time a reader clicks through by removing Emmerich's publisher information and substituting its own unique filename. It does this every time a reader clicks through a link on the SmartNews feed, regardless of whether they use the Web View or the Smart View.

35.    Any reader who clicks-through on SmartNews' news feed then sees Emmerich's article either in "Smart View" (with no Emmerich ads) or framed in SmartNews's app (including Emmerich's ads along with SmartNews' ads).  Either way, the article appears under an altered filename.

36.    Any reader who then downloads or shares the article does so using the altered filename. Emmerich's original filename never re-appears when the article is downloaded or shared thus enabling, facilitating and concealing the copyright infringement.

37.     Every instance of SmartNews' stealing Emmerich's articles follows the pattern described above.   SmartNews deletes Emmerich's filename and republishes the articles under its own unique filename.   Because Emmerich's filename is completely eliminated Emmerich has no way of knowing SmartNews is posting its articles on SmartNews' website.

38.     These articles are then republished either as snippets on the SmartNews news feed, in full-text format (i.e., "Smart View") by SmartNews on its website, or framed by SmartNews on its website ("Web View"). Emmerich's copyright management information identifying the publisher and headline are removed from the filename by SmartNews in every subsequent re-publication of these articles.

39.     Furthermore, anyone copying or sharing these articles automatically does so using SmartNews' altered filename, and not the filename originally used by Emmerich, thereby enabling, facilitating and concealing the copyright infringement.  This also ensures that all online readers (including readers of shared articles) remain on SmartNews' website and not on Emmerich's websites where the articles originate.

40.     Emmerich's copyright management information never re-appears in subsequent downloads or shares from SmartNews's website. As a result, SmartNews  distributes Emmerich's copyrighted work knowing that CMI had been removed or altered without authorization and knowing, or having reasonable grounds to know, that such distribution would induce, enable, facilitate, or conceal a copyright infringement.

41.     Emmerich's copyright management information (i.e., the filename for each article) is specifically intended to direct viewers to Emmerich's own websites.  SmartNews can only direct click-throughs to *its* website by altering the filename on each stolen article. SmartNews alters Emmerich's CMI knowing or having reasonable grounds to know that this will induce, enable, facilitate or conceal infringement of Emmerich's rights in the articles at issue in this lawsuit.

42.    Virtually every article stolen by SmartNews contained photographs, including many works-for-hire whose copyrights are also owned by Emmerich. Every "snippet" appearing on the SmartNews news feed includes an exact copy of these photographs as they appear on Emmerich's websites without any reduction in quality or resolution. Additionally, every story appearing in "Web View" includes these photos exactly as they appear in the original version on Emmerich's websites. SmartNews uses the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the originals as they appeared on Emmerich's websites. These are separate and independent acts of copyright infringement.  The registrations obtained by Emmerich cover these photographs as well as the literary portion of each article.  In addition, Emmerich has separately registered 30 of the photographs which were stolen and republished by SmartNews.

43.    SmartNews performs no journalistic function at all. It does not take information from Emmerich Newspapers' stories and revise or incorporate that information into new articles of its own creation. It merely copies 100% of Emmerich Newspapers' content *verbatim* and serves that content directly back to Emmerich Newspapers' own customers or potential new customers, only without Emmerich's ads.

44.    Smartnews is not a search engine.  It does not promote or improve access to any complete, linked news story.  The extent to which it takes and regurgitates copyrighted material is vastly greater than that normally done by traditional search engines such as Google or Bing.  It does not transform the article in any way which would constitute fair use. Instead of driving readers to the publishers' websites, it acts as a substitute for those sites and hijacks readers who would otherwise go there.

45.    SmartNews competes directly with Emmerich Newspapers for advertising clients and revenues.

46.    SmartNews's acts described above constitute willful infringement of Emmerich Newspapers' copyrights in the registered articles in violation of 17 U.S.C. §501 *et seq.*

47.    SmartNews's acts described above constitute wilful interference with the integrity of Emmerich's copyright protection systems in violation of 17 U.S.C. §1202.

48.    SmartNews' infringing actions entitle Emmerich to actual damages which will be proven at trial and/or statutory damages.

## CLAIMS FOR RELIEF

### COUNT I - COPYRIGHT INFRINGEMENT (17 U.S.C. §101 et seq.)

49.    Emmerich Newspapers repeats and realleges each and every allegation above as if fully set forth herein.

50.    The Emmerich articles which were published in whole or in part on SmartNews were original, creative works and copyrightable subject matter under the laws of the United States.

51.    The Emmerich photographs which were published in whole or in part on SmartNews were original, creative works and copyrightable subject matter under the laws of the United States.

52.    Emmerich Newspapers is the owner of valid copyrights in every such article and photograph and the Register of Copyrights has issued valid Certificates of Registration which may be reviewed on the U.S. Copyright Office website.

53.    Emmerich Newspapers has complied in all respects with 17 U.S.C. §§101, et seq., and has secured the exclusive rights and privileges in and to the copyrights in its news articles and photographs.

54.    By its actions alleged above SmartNews has infringed Emmerich Newspapers' copyrights in and relating to Emmerich Newspapers' articles and photographs by, *inter alia*, reproducing, distributing and publicly displaying such copyrighted work without any authorization or other permission from Emmerich Newspapers.

55.    SmartNews' infringement of Emmerich Newspapers' copyrights has been deliberate, willful and in utter disregard of Emmerich Newspapers' rights.

56.    As a direct and proximate result of its wrongful conduct, SmartNews has obtained benefits including, but not limited to, ad revenues and investments in the company to which SmartNews is not entitled.

57.    Emmerich Newspapers is entitled to recover from SmartNews statutory damages for wilful copyright infringement or, alternatively, the actual damages it has sustained as a result of the acts of copyright infringement alleged above in an amount to be proven at trial.

## COUNT II - DIGITAL MILLENNIUM COPYRIGHT ACT
### INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION (17 U.S.C. §1202)

58.    Emmerich repeats and realleges each and every allegation above as if fully set forth herein.

59.    Each time SmartNews steals an Emmerich article it removes and alters Emmerich's copyright management information by changing Emmerich's filename and substituting its own filename in violation of 17 U.S.C. §1202(b)(1).

60.    Each time SmartNews distributes an Emmerich article to a reader on its app knowing that the copyright management information had been altered without authority of the copyright owner constitutes a separate violation of 17 U.S.C. §1202(b)(2), entitling Emmerich to statutory damages for each such act in an amount not less than $2,500.00 or more than $25,000.00 per act. Each page view constitutes a separate act of re-publication with altered copyright management information by SmartNews.

61.    Alternatively, Emmerich is entitled to actual damages in an amount to be proven at trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Emmerich Newspapers, Incorporated respectfully requests judgment against Defendant SmartNews as follows:

A.      Find that SmartNews has infringed Emmerich Newspapers's copyrights in the Registered Articles and photographs;

B.      Order SmartNews to render a full and complete accounting to Emmerich Newspapers for SmartNews's profits, gains, advantages or the value of the business opportunities received from the foregoing acts of infringement;

C.      Enter judgment for Emmerich Newspapers against SmartNews for statutory damages under the Copyright Act or, alternatively, for actual damages suffered by Emmerich Newspapers and for any profit or gain by SmartNews attributable to infringement of Emmerich Newspapers's intellectual property in amounts to be determined at trial;

D.      Enter judgment for Emmerich Newspapers against SmartNews for statutory damages based upon SmartNews's willful acts of interference with Emmerich's copyright management information pursuant to 17 U.S.C. §1202 and §1203;

E.      Enjoin SmartNews from further distribution of the SmartNews app and compel SmartNews to discontinue the use of this app by any existing users;

F.      Award Emmerich Newspapers all costs and disbursements of this action, including reasonable attorneys' fees and costs pursuant to 17 U.S.C. §505 and §1203(b)(4) and (5);

G.      Award Emmerich Newspapers pre-judgment and post-judgment interest, to the fullest extent available, on the foregoing; and

H.      Grant such other, further and different relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff Emmerich Newspapers demands a trial by jury on all issues so triable in this action.

RESPECTFULLY SUBMITTED, this the 14th day of February, 2023.

15

EMMERICH NEWSPAPERS, INCORPORATED

BY: /s/ <u>Wilson H. Carroll</u>
Wilson H. Carroll (MSB#5894)

OF COUNSEL:
Wilson H. Carroll
WILSON CARROLL, PLLC
2506 Cherry Street
Vicksburg, Mississippi 39180
(601)953-6579
wilson@wilsoncarroll.com

16